C. A. No. 74-259 STATE *v.* STEVEN H. WILSON. Defendant is hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Benedetto A. Cerilli, Jr.,* Asst. Public Defender, for defendant.

C. A. No. 74-273. STATE *v.* JOHN E. CARILLO. Defendant is hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, *Benedetto Cerilli,* Asst. Public Defender, for defendant.

APPEAL No. 74-37. CLAIRE MASI *v.* ARMANDO MASI. Respondent is hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for petitioner. *John F. Sherlock, Jr.,* for respondent.

APPEAL No. 74-169. JOHN J. GOMES *et al. v.* DONALD A. LOPES. Plaintiffs are hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Orlando A. Andreoni,* for plaintiffs. *James A. Jackson,* for defendant.